IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BONNIE BOSTON and SYLVIA WALLACE, )
on behalf of themselves and all others )
similarly situated, )
         Plaintiffs, )
v. )
          )    Civil Action No. 2:14cv240-WHA
HOSPITAL HOLDINGS, INC.; UNITED )
FLORALA, INC. d/b/a Florala Memorial )    (wo)
Hospital; )
          )
         Defendants. )

## ORDER

Upon consideration of Hospital Holdings, Inc.'s Reply to the Plaintiffs' Response to the Motion to Dismiss (Doc. #44), it is hereby

ORDERED that the Plaintiffs have until **September 17, 2014** to respond to Hospital Holdings, Inc.'s contention that it is entitled to fees and costs.

Done this 11th day of September 2014

                                      /s/ W. Harold Albritton
                                      W. HAROLD ALBRITTON
                                      SENIOR UNITED STATES DISTRICT JUDGE