IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONNIE BOSTON and SYLVIA WALLACE, )<br>on behalf of themselves and all others )<br>similarly situated, )<br>              Plaintiffs, )<br>v. )<br>)<br>UNITED FLORALA, INC. d/b/a Florala )<br>Memorial Hospital; )<br>)<br>              Defendant. ) | Civil Action No. 2:14cv240-WHA<br>(wo) |

ORDER

Upon consideration of the Plaintiff's Response to Show Cause Order (Doc. #94), it is hereby

ORDERED that the stay of this case is lifted and the case is DISMISSED without prejudice, costs are taxed as paid.

Done this 6th day of September, 2016.

                                                      /s/ W. Harold Albritton
                                                    W. HAROLD ALBRITTON
                                                    SENIOR UNITED STATES DISTRICT JUDGE